# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HOUSTON EUGENE HENRY, III**  **PLAINTIFF**
**ADC #87857**

v.  CASE NO. 4:16-cv-00572-KGB

**RICK WATSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Houston Eugene Henry, III's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this the 10th day of July, 2018.

_____
Kristine G. Baker
United States District Judge